**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Javier Arturo CORDOVA–HERNAN-
DEZ, also known as Ruben Lo-
pez, Defendant–Appellant.**

No. 08–50895
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 21, 2009.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Orlando Mondragon, El Paso, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Javier Arturo Cordova–Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cordova–Hernandez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is ex-

cused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

